USDC SCAN INDEX SHEET

















SWD   4/20/04   16:21
3:04-CV-00812   INFINEON TECH AG V. WISCONSIN ALUMNI
*1*
*CMP.*

1  G. HOPKINS GUY III (State Bar No. 124811)
   MELISSA A. FINOCCHIO (State Bar No. 150632)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA 94025
   Telephone:    (650) 614-7400
4  Facsimile:    (650) 614-7401

5  Attorneys for Plaintiffs
   INFINEON TECHNOLOGIES AG
6  INFINEON TECHNOLOGIES NORTH AMERICA CORP.

7

                          FILED

                    04 APR 19 PM 4: 11

                CLERK. U.S. DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA

                BY: SD            DEPUTY

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  INFINEON TECHNOLOGIES AG,            CASE NO. 04 CV  0812 WQH (LSP)
    a Germany corporation, INFINEON
12  TECHNOLOGIES NORTH AMERICA           **COMPLAINT FOR DECLARATORY**
    CORP., a Delaware corporation,       **JUDGMENT OF NON-INFRINGMENT,**
13                                        **INVALIDITY AND UNENFORCABILITY OF**
              Plaintiffs,                 **U.S. PATENT NO. 4,630,094**
14
         v.
15                                        **JURY TRIAL DEMANDED**
    WISCONSIN ALUMNI RESEARCH
16  FOUNDATION, a Wisconsin corporation,

17            Defendant.

18

19

20

21

22

23

24

25

26

27

28

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:266525.1

COMPLAINT AND DEMAND FOR JURY TRIAL
(No. )

1    Plaintiffs Infineon Technologies AG ("Infineon") and Infineon Technologies

2    North America Corp. ("IFNA") hereby demand a jury trial and for its complaint against

3    Wisconsin Alumni Research Foundation ("WARF") allege as follows:

### NATURE OF THE ACTION

5    1.    This is an action for declaratory relief arising under the Patent Act of the

6    United States, 35 U.S.C. § 271 *et seq.* regarding non-infringement, invalidity and unenforceability

7    of U.S. Patent No. 4,630,094 ("the '094 patent"), a copy of which is attached hereto as Exhibit A.

### JURISDICTION

9    2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331,

10   1332(a)(2) and 1338(a). In addition to federal question jurisdiction, this is also a civil action

11   between citizens of a State and citizens or subjects of a foreign state for purposes of 28 U.S.C.

12   § 1332(a)(3) because Infineon, IFNA and WARF are of diverse citizenship:

13   a.    At all times relevant herein, Infineon is and has been a Germany

14          corporation having a place of business in Munich, Germany;

15   b.    At all times relevant herein, IFNA is and has been a Delaware corporation

16          having a place of business in San Jose, California

17   c.    On information and belief, at all time relevant herein and at the time that

18          this action is commenced, WARF is a Wisconsin corporation with its

19          headquarters in Madison, Wisconsin;

20   d.    On information and belief, the amount in controversy at issue in this

21          lawsuit exceeds $ 75,000.00, exclusive of interest and costs.

### VENUE

23   3.    Venue is proper in this district under 28 U.S.C. §§ 1391 (b) and (c). On

24   information and belief, WARF maintains an office at 4350 La Jolla Village Drive, San Diego

25   California.

26   4.    The function of WARF's San Diego office is to conduct "license

27   negotiations with . . . California-based companies" and to "generate greater licensing revenues for

28   WARF and the university [of Wisconsin]" from companies and customers on the West Coast. A

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSVI:266525.1                    COMPLAINT AND DEMAND FOR JURY
                                                  TRIAL
                                                  (No. )

1   copy of the October 21, 2002 WARF press release announcing the California office is attached as

2   Exhibit B.

3       5.      According to the University of Wisconsin newspaper, WARF's licensing

4   associate resident in San Diego, "is working with companies, universities and industry customers

5   all along the West Coast to find organizations who can fund application-oriented research

6   involving UW-Madison technologies."  A copy of the October 22, 2002 article from *The Daily*

7   *Cardinal* reporting on WARF's San Diego office is attached as Exhibit C.

8       6.      Personal jurisdiction and venue over WARF is proper in this district.

9                                    **THE PARTIES**

10      7.      Infineon is a leading innovator in the international semiconductor industry

11  and develops, manufactures and markets a broad range of semiconductors and complete system

12  solutions for the wireless and wireline communications, automotive, industrial, computer,

13  security and chip card industries.  Infineon has its principal place of business in Munich,

14  Germany.

15      8.      IFNA is a Delaware corporation and is a major provider of semiconductor

16  and memory products for automotive and industrial uses, wireline communications, computers

17  and secure mobile solutions.  IFNA has its principal place of business in San Jose, California.

18                               **FACTUAL BACKGROUND**

19      9.      By letter dated June, 12, 2002, WARF informed Infineon of its patent, U.S.

20  Patent No. 4,630,094, entitled "Use of Metallic Glasses for Fabrication of Structures with

21  Submicron Dimensions" and offered to furnish Infineon with a license to the '094 patent (and

22  other related patents) under particular terms and conditions.  Infineon did not accept the license as

23  offered.

24      10.     In February of 2004, Infineon representatives met with counsel for WARF

25  in Munich.  At this meeting, WARF alleged that at least one of Infineon's semiconductor devices,

26  the PMB 7850E, infringed certain claims of the '094 patent.  The PMB 7850E and other Infineon

27  products are distributed in the United States by IFNA.  WARF again demanded a license from

28  Infineon, but Infineon did not agree to take a license under the terms then presented by WARF.

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:266525.1

COMPLAINT AND DEMAND FOR JURY
TRIAL
(No. )

1   Negotiations and discussions continued between Infineon and WARF over the next several

2   weeks.

3           11.    On or about April 9, 2004, counsel for WARF informed Infineon that

4   WARF intended to file infringement suits against one or more entities who had not taken a

5   license to the '094 patent and indicated that Infineon would be one of the entities against whom

6   WARF would bring an action.

7           12.    Despite good faith negotiations, the parties were unable to resolve this

8   dispute, and Infincon and IFNA now have a reasonable apprehension that WARF will shortly file

9   a patent infringement action against them based on the '094 patent.

10          13.    Infineon and IFNA therefore seek a Declaratory Judgment from this Court

11  that at least the PMB 7850E device does not infringe the '094 patent and that the '094 patent is

12  invalid and unenforceable.

13  **COUNT ONE**
    **For Declaratory Relief of Non-Infringement and Invalidity of WARF's**

14  **U.S. Patent No. 4,630,094**

15          14.    Plaintiffs Infineon and IFNA reallege and repeat the allegations of

16  paragraphs 1 – 13 as through fully set forth herein.

17          15.    On information and belief, U.S. Patent No. 4,630,094 was issued by the

18  U.S. Patent and Trademark Office. The '094 patent names John D. Wiley and John H. Perepezko

19  as inventors and WARF as assignee. The '094 patent is purportedly directed to semiconductors

20  containing amorphous metals. A copy of the '094 patent is attached hereto as Exhibit A.

21          16.    By letters and meetings, WARF informed Infineon of WARF's claims that

22  one or more of Infineon's products are covered by the '094 patent and require a license under the

23  '094 patent. Infineon and IFNA now have a reasonable apprehension that WARF will file a

24  patent infringement action based on the '094 patent against Infincon and IFNA.

25          17.    Infineon and IFNA contend that the '094 patent is invalid and

26  unenforceable, and deny that their products infringe any valid claim of the '094 patent.

27          18.    Accordingly, Infineon and IFNA seek a Declaratory Judgment from this

28  Court under Fed. R. Civ. P. 57 and 28 U.S.C. §2201 declaring the '094 patent to be invalid and

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:266525.1

COMPLAINT AND DEMAND FOR JURY
TRIAL
(No. )

-3-

1   unenforceable, for failure to comply with Title 35 U.S.C. §§ 102 and 103, that the claimed subject

2   matter is not patentable over the prior art.

3           19.     Infineon and IFNA also seek a Declaratory Judgment from this Court under

4   under Fed. R. Civ. P. 57 and 28 U.S.C. §2201 declaring the '094 patent to be invalid and

5   unenforceable for failure to comply with the claiming requirements of Title 35 U.S.C. §112.

6           20.     Infineon and IFNA also seek a Declaratory Judgement from this Court

7   under under Fed. R. Civ. P. 57 and 28 U.S.C. §2201 declaring the '094 patent to be not infringed

8   by Infineon or IFNA, and granting Infineon and IFNA all other declaratory relief to which it may

9   be entitled.

10                          **PRAYER FOR RELIEF**

11          WHEREFORE, plaintiffs Infineon and IFNA pray for:

12          A.      A judicial declaration that Infineon and IFNA have not infringed and are

13   not  infringing any valid claims of WARF's U.S. Patent No. 4,630,094;

14          B.      A judicial declaration that WARF's U.S. Patent No. 4, 630,094 is invalid

15   and unenforceable;

16          C.      A determination that this case is exceptional under 35 U.S.C. § 285 and an

17   award of attorneys' fees to Infineon and IFNA;

18          D.      Any and all equitable relief to which Infineon and IFNA are entitled;

19          E.      An award to plaintiffs Infineon and IFNA of all other and further relief to

20   which it may be entitled; and

21          F.      Such other relief as the Court deems just and equitable.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

DOCSSV1:266525.1

-4-

COMPLAINT AND DEMAND FOR JURY
TRIAL
(No. )

1                          <u>**JURY DEMAND**</u>

2         Infineon and IFNA demand a trial by jury of all issues so triable.

3   Dated: April 19, 2004.

4                                  G. HOPKINS GUY III

                                 MELISSA A. FINOCCHIO

5

6

7                                   G. Hopkins Guy III

8                                  Attorneys for Plaintiff

                            INFINEON TECHNOLOGIES AG

9                 INFINEON TECHNOLOGIES NORTH AMERICA

                                     CORP.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCSSV1:266525.1

                                        COMPLAINT AND DEMAND FOR JURY

                                              TRIAL

              -5-                                                (No. )

**EXHIBIT A**

# United States Patent [19]

## Wiley et al.

[11] Patent Number: **4,630,094**

[45] Date of Patent: **Dec. 16, 1986**

[54] USE OF METALLIC GLASSES FOR FABRICATION OF STRUCTURES WITH SUBMICRON DIMENSIONS

[75] Inventors: John D. Wiley; John H. Perepezko, both of Madison, Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[21] Appl. No.: 709,836

[22] Filed: Mar. 8, 1985

### Related U.S. Application Data

[63] Continuation of Ser. No. 181,988, Aug. 28, 1980, abandoned.

[51] Int. Cl.[4] .................................... H01L 23/48
[52] U.S. Cl. .................................... 357/67; 357/65; 357/68; 357/71; 428/923
[58] Field of Search .................... 428/573, 574, 575, 601, 428/606, 607, 901, 923, 620; 357/2, 71, 67, 68, 65; 365/34, 39, 163

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,675,090 | 7/1972 | Neale | 357/2 |
| 3,699,543 | 10/1972 | Neale | 357/2 |
| 3,735,145 | 5/1973 | Heinz | 365/37 |
| 3,886,571 | 5/1975 | Buckley | 357/2 |
| 3,965,463 | 6/1976 | Chaudhari | 365/34 |
| 3,988,722 | 10/1976 | Kenfo | 365/34 |
| 3,996,271 | 12/1976 | Chang | 365/34 |
| 4,006,276 | 2/1977 | George | 365/34 |
| 4,093,917 | 7/1978 | Bullock | 427/38 |
| 4,272,348 | 6/1981 | Cox et al. | 204/192 EC |
| 4,325,733 | 4/1982 | Aboaf et al. | 148/403 |
| 4,330,848 | 5/1982 | Gambino | 365/34 |

### FOREIGN PATENT DOCUMENTS

2833591 2/1979 Fed. Rep. of Germany .

### OTHER PUBLICATIONS

"Ion Etching for Pattern Delineation", Mellar-Smith, J. Vac. Sci. Technol., vol. 13, No. 5, Sep./Oct. 1976, pp. 1008, 1020-1021.

"High Resolution Bubble Pattern Obtained by Electron Image Projection", Bril et al., J. Vac. Sci. Technol., 16(6), Nov./Dec. 1979, pp. 1665-1667.

"Fabrication of Micro- and Submicron-Bubble Memory Devices . . .", Furuyama et al., J. Vac. Sci. Technol., 15(3), May/Jun. 1978, pp. 998-1000.

"Electron-Beam Fabrication of High-Density Amorphous Bubble Film Devices", Ahn et al., (IEEE Transactions on Magnetics, vol. MAG-11, No. 5, Sep. 1975).

"Galvanomagnetic Effects in Amorphous Film Alloys", McGuire et al., (IEEE Transactions on Magnetics, vol. MAG-13, No. 5, Sep. 1977).

Primary Examiner—Melvyn J. Andrews
Assistant Examiner—John J. Zimmerman
Attorney, Agent, or Firm—Howard W. Bremer

[57] **ABSTRACT**

Patterned structures of submicron dimension formed of supported or unsupported amorphous metals having submicron feature sizes characterized by etching behavior sufficient to allow delineation of sharp edges and smooth flat flanks, resistance to time-dependent dimensional changes caused by creep, flow, in-diffusion of unwanted impurities, out-diffusion of constituent atoms, void formation, grain growth or phase separation and resistance to phase transformations or compound formation.

**15 Claims, 4 Drawing Figures**



D-DEPOSITED MATERIAL

SUBSTRATE SURFACE

**U.S. Patent**          Dec. 16, 1986          **4,630,094**



FIG.I



FIG.2



FIG.3



FIG.4

4,630,094

**1**

### USE OF METALLIC GLASSES FOR FABRICATION OF STRUCTURES WITH SUBMICRON DIMENSIONS

This application is a continuation of application Ser. No. 181,988, filed Aug. 28, 1980, now abandoned.

This invention relates to structures of submicron dimensions and to methods and materials used in the manufacture of same.

Methods and techniques have recently been made available to produce mechanical structures with lateral and/or vertical spatial dimensions of less than 1 μm (≤1 μm). Such techniques include electron beam and X-ray lithography.

The invention will be illustrated with reference to the accompanying drawings in which:

FIGS. 1, 2 and 3 depict various procedures for producing structures embodying the features of this invention; and

FIG. 4 is a diagrammatic view of an apparatus which can be used for deposition of an amorphous metal onto a substrate.

Structures that can be produced are illustrated, but are not limited to the following:

(1) Holes, channels, grooves or other concave surface relief features formed in a planar surface of a solid specimen or substrate, as illustrated in FIG. 1 of the drawings, where the lower limits for v, d and w may be less than 1 μm (≤1 μm) and the substrate (S) may be any solid material susceptible to etching by chemical, electrochemical, plasma, ion beam or other controlled erosive technique.

(2) Mesas, stripes, islands or other convex surface relief structures consisting of a metal deposited on and adherent to a planar surface of a solid substrate specimen, as illustrated in FIG. 2, where the lower limits for v, d and w may be less than 1 μm (≤1 μm) and the deposited material D may be any solid material capable of being deposited on the substrate, as by evaporation, sputtering, chemical vapor deposition, rapid freezing electroplating, electroless plating, and other vapor or liquid deposition techniques in which D may be of the same or different chemical composition or microstructure as S.

(3) Combinations of 1 and 2 produced respectively in and on the same substrate to achieve a desired lateral structure.

(4) Combinations of 1 and 2 applied in sequence to achieve a desired vertical structure, including the possibility of including more than 1 layer of patterned material, as by the techniques of 1 and 2.

(5) Self supported or edge supported thin film structures containing features which are transparent, translucent or opaque to photons or particles of appropriate energies as illustrated in FIG. 3.

The patterned structures described have a number of important applications including, but not limited to:

(a) production of metallization patterns for transistors, integrated circuits, surface acoustic-wave devices, magnetic bubble devices, superconducting devices, semi-conductors, and other discrete or integrated arrays of electrical devices;

(b) production of patterned arrays of metal interconnects, semi-conductor devices, and semi-conducting or insulating optical waveguides in integrated optical systems;

**2**

(c) production of master masks and replica masks for lithographic applications;

(d) production of diffraction gratings;

(e) production of Fresnel zone plates;

(f) production of optical, chemical or biological filters as in films having a large number of small holes, such as formed on a supporting substrate of rock salt which is subsequently dissolved away;

(g) production of fine-scale surface structures for enhanced surface activity or catalytic behavior.

In accordance with the practice of this invention, materials S and/or D are metals for reasons of electrical conductivity, thermal conductivity, magnetic behavior, mechanical strength, bondability, opacity, reflectivity or combinations of such properties.

There are a number of factors that determine the minimum feature sizes achievable for v, d and w, as defined in FIGS. 1-3. These include wavelengths of radiation or the energy of particles used in the exposure; quality of the optics in the exposure system; exposure and development characteristics of the resist material, and the quality, feature sizes and transmission characteristics of the mask, when used.

This invention concerns itself with the patterned material S and D, the properties of which beneficially affect the quality, stability and ultimate spatial resolution of the final structure, including the etching behavior sufficient to allow the delineation of sharp edges, and smooth flat flanks in which the etch rate is controllable and spatially uniform over large distances in order to produce uniform cuts; resistance to time-dependent dimensional changes caused by creep, flow, in-diffusion of unwanted impurities, out-diffusion of constituent atoms, void formation, grain growth, phase separation, or other mechanisms controlled by diffusion transport; and resistance to phase transformations or compound formation.

Conventional metals perform adequately for S and D metals in applications in which the minimum feature sizes are greater than 1 μm (≤1 μm). Such conventional metals generally fall in many applications requiring features sizes of less than 1 μm (≤1 μm). Such failures stem primarily from the fact that conventional microscopic metal substrates and deposited films of such conventional metals have a polycrystalline microstructure. During etching (wet chemical or ion erosive) the grain boundaries between crystallites become etched at higher rates than the single crystal surfaces. It has been found, in some instances, that the etch rates vary from one crystallite to the next, depending somewhat on the crystallographic orientation of the exposed face. Under such circumstances, it has been found that good edge-definition requires fine-grained metals having a grain size small as compared to the desired feature size for v, d and w. The high concentration of grain boundaries in finely crystalline metals makes long term stability of the structure very unlikely for the following reasons:

(1) The high interfacial energy of grain boundaries makes the system unstable against grain growth with its attendant changes in microscopic geometry and dimensions.

(2) Grain boundaries and crystal dislocations provide paths of high diffusion rates for impurities and vacancies, often leading to the formation of voids, inclusions, hillocks and grooves. Impurities introduced via diffusion along grain boundaries or crystal dislocations can cause growth of intermetallic compounds.

4,630,094

3

Out-diffusion impurities can accumulate on the surfaces as new phases.

(3) The presence of grain boundaries or crystal dislocations in electrical current-carrying metals leads to enhanced electromigration and ultimately to catastrophic failure of the metal.

The problems described above become more severe as the dimensions of the microstructure are reduced.

These problems are overcome, in accordance with the practice of this invention, by the use of amorphous (glassy) phase metals in the fabrication of structures having submicron feature sizes. Such amorphous phase metals contain no grain boundaries or other microscopic inhomogeneities which could cause anisotropic or locally enhanced etching, and exhibit no crystalline order beyond a distance scale of 10–20 Å. The ultimate limit to edge definition achievable with such glassy phase metals is set by the size of the microscopic composition fluctuations which can be estimated to be on the order of 40 Å or less. The benefits will be retained to a large degree in materials consisting of a random distribution of crystallites separated from one another by the amorphous matrix as long as the volume fraction of crystallites is not more than 25% (preferably less than 10%), and the temperature is well below $T_g$.

Diffusion transport is exceptionally slow in glassy metals below the glass transition temperature $T_g$. As a result, the time-constant for creep, phase separation, or crystallization is effectively infinite on a laboratory time scale despite the fact that the glass phase is only kinetically metastable. Using shear viscosity $\eta$ as an example, at $T = T_g$, $\eta \approx 10^{13}$ poise, and $\eta$ rises to much higher values below $T_g$ for typical glassy metals. These viscosities correspond to creep-relaxation times of $\approx 16$ minutes at $\eta = 10^{15}p$ and hundreds of years at temperatures well below $T_g$. Glassy metals are mechanically, compositionally, and structurally stable at all practical temperatures to which they normally would be exposed in use. Impurity diffusion is considerably slower as compared to crystalline or polycrystalline metals since the diffusion in the latter is usually dominated by rapid diffusion along crystal dislocations or grain boundaries which are absent in glassy metals.

Amorphous metal systems that can be used in the practice of this invention are characterized by compositions having the general formula $T_xN_{1-x}$, in which $x \approx 0.8$, T is a transition metal and N is a polyvalent normal metal or metalloid as represented by $Pd_{0.8}Si_{0.2}$, $Au_{0.8}Ge_{0.2}$, $Co_{0.8}B_{0.2}$.

Use can also be made of pseudobinary compositions represented by the formula $(T1)_x(T2)_{0.8-x}N_{0.2}$, including even more complex substituted systems as well as systems containing only one or more transition metals as represented by Nb–Ni, which can be formed into sputtered glassy films. $Tg \approx 630°$ C., over the extraordinary composition range of $0.2 \approx \leqq X \leqq 0.8$.

Amorphous metals can be produced by rapid quench from the liquid or vapor phase. With metals having glass forming tendencies, sufficiently rapid vapor quench, amorphous metal films can be produced by conventional sputtering techniques.

Glassy or amorphous metals have room temperature electrical and thermal conductivities which are only slightly less than corresponding crystalline transition metals such that they behave electrically as normal metals. When these properties are coupled with the structural advantages, amorphous or glassy metals find advantageous use in a wide variety of mechanical and-

4

/or electrical devices calling for metallizations containing submicron features.

Having described the basic concepts of the invention, the following is given by way of illustration, but not by way of limitation.

Deposition of amorphous metal to provide the layer 8 in FIG. 1, the deposits D in FIG. 2, or the thin film in FIG. 3, can be effected in a number of ways, such as described in our copending application Ser. No. 81,859, filed Oct. 4, 1979, and entitled "Highly Reliable Metal Contacts for High Temperature Semi Conductor Application".

As illustrated in the drawing, a surface 10, on which the amorphous metal is to be deposited, is supported on an anode 12 housed within a sealed vacuum chamber 14 which is backfilled with inert gas, such as argon, to a pressure of from 1–50 Torr. A cathode 16 is mounted within the sealed chamber in spaced parallel relation to the anode.

The metal or alloy to be deposited in the amorphous state on the surface 10, such as $Pd_{0.8}Si_{0.2}$ or $Co_{0.8}B_{0.2}$, is arranged on the face of the cathode. At a power level of 1 KW, the argon is ionized, causing a glow discharge 18 between the cathode 16 and anode 12. Such argon ions are attracted to the cathode where they are effective to knock loose atoms of the metal or alloy. The dislodged atoms travel to the anode where some of them strike and adhere to the surface 10.

In the event that the temperature conditions are such as ordinarily to raise the anode above desirable levels, a coolant such as water or glycol can be circulated through the anode and surface so that only amorphous metal will be deposited on the surface.

When it is desirable to restrict amorphous metal deposition to mesas, stripes, or other convex surface relief structures, as illustrated in FIG. 2, the surface is covered with a mask having the desired openings through which the displaced atoms can pass for deposition in the desired pattern onto the surface. Alternatively, standard photolithographic techniques can be used to pattern continuously deposited films (i.e. films which initially cover the entire underlying substrate in a continuous fashion).

In the event that a thin film of amorphous metal is desired to be deposited onto the surface, the entire surface is exposed for amorphous metal deposition for use in subsequent treatment, such as etching by chemical, electrochemical, plasma, ion beam or other known erosive techniques for metal removal to form holes, channels, grooves or other concave surface-relief feature as illustrated in FIG. 3, or the film can be removed as a self-supporting film of amorphous metal and process as described above to provide features which are transparent, translucent or opaque to photons or particles of appropriate energy, as illustrated in FIG. 3.

The deposition process described is generally referred to as a DC Getter sputtering system. Instead, use can be made of RF sputtering for amorphous metal deposition by sputtering from composite electrodes.

In the DC system, the cathode, anode and surface are enclosed in a sealed chamber. Depositions can be carried out at argon or other inert gas pressures in the range described and at a power level of less than 1 KW ($\leqq 1$ KW). The RF system allows higher sputtering rates at relatively low inert gas pressures, such as less than 5 Torr ($\leqq 5$ Torr). RF sputtering produces a more uniform film, especially when use is made of a cathode of relatively large dimension.

4,630,094

5

Other methods for deposition of amorphous metals onto a screened surface for producing structures of the type illustrated in FIG. 2, or thin films for use in producing structures illustrated in FIGS. 1 and 3, include evaporation from composite sources.

We claim:

1. Patterned structures in contact with semiconductor regions having physical, geometric features of submicron dimension formed of amorphous metals having submicron feature sizes characterized by etching behavior sufficient to allow delineation of sharp edges and smooth flat flanks and without grain boundaries or other microscopic inhomogeneities which could cause anisotropic or locally enhanced etching.

2. Patterned structures of submicron dimension as claimed in claim 1 characterized by resistance to time-dependent dimensional changes caused by creep, flow, in-diffusion of unwanted impurities, out-diffusion of constituent atoms, void formation, grain growth or phase separation.

3. Patterned structures of submicron dimension as claimed in claim 1 characterized by resistance to phase transformations or compound formation.

4. Patterned structures of submicron dimension as claimed in claim 1 in which the amorphous metal is characterized by a lack of crystallinity on a distance scale of 10-20 angstroms.

5. Patterned structures of submicron dimension as claimed in claim 1 in which the amorphous metal has a binary composition having the formula $T_x N_{1-x}$ in which x is approximately 0.8, T is a transition metal and N is a normal metal or metalloid.

6. Patterned structures of submicron dimension as claimed in claim 5 in which T is selected from the group consisting of Pd, Au and Co.

6

7. Patterned structures of submicron dimension as claimed in claim 5 in which N is selected from the group consisting of Si, Ge and B.

8. Patterned structures of submicron dimension as claimed in claim 1 in which the amorphous metal has a pseudobinary composition having the formula $(T_1)_M (T_2)_{0.8-M} N_2$ in which $T_1$ and $T_2$ are transition metals, N is a normal metal or metalloid and $0.2 \leq M \geq 0.8$.

9. Patterned structures of submicron dimension as claimed in claim 8 in which $T_1$ and $T_2$ are selected from the group consisting of Pd, Au and Co.

10. Patterned structures of submicron dimension as claimed in claim 8 in which N is selected from the group consisting of Si, Ge and B.

11. Patterned structures of submicron dimension as claimed in claim 1 in which the patterned structure is in the form of holes, channels, grooves or other recessed surface features formed in a planar surface of an amorphous metal layer.

12. Patterned structures of submicron dimension as claimed in claim 1 in which the patterned structure is in the form of mesas, stripes, islands or other raised structures of amorphous metal bonded onto the surface of a substrate.

13. Patterned structures of submicron dimension as claimed in claim 1 in which the patterned structure is a combination of holes, channels, grooves or other recessed surface features and mesas, stripes, islands or other raised structures.

14. Patterned structures of submicron dimension as claimed in claim 1 in which the patterned structure is a combination of holes, channels, grooves or other recessed surface features in a first layer and mesas, stripes, islands or other raised structures in a second layer.

15. Patterned structures of submicron dimension as claimed in claim 1 in which the amorphous metal contains crystallites in a volume fraction not exceeding 25%.

* * * * *

**EXHIBIT B**





UW-Madison > Univ. Comm > Releases

## UNIVERSITY COMMUNICATIONS
# NEWS RELEASES

**Find:**

**News and Events**
News@UW-Madison

Research news

Events calendar

In depth issues

Newsmakers

Wisconsin Week

Publications

Email news services

**Media Resources**
Releases

Experts

News library

Contact us

**University
Communications**
Services

Communication planning

Design services

Graphic identity
guidelines

Photo library

Staff list

FOR IMMEDIATE RELEASE
10/21/02
CONTACT: Andrew Cohn; 608-263-2821; cohn@warf.ws

WARF WEST COAST OFFICE OPENS FOR BUSINESS

MADISON - The patent and licensing organization of the University of
Wisconsin-Madison has become the first university technology-transfer
institution in the United States to launch a satellite office.

The Wisconsin Alumni Research Foundation (WARF) has opened a
West Coast branch in San Diego, Calif. The office - located on La Jolla
Village Drive - is minutes from the University of California-San Diego,
the Scripps Research Institute and, most importantly, a strip along
North Torrey Pines Road that boasts one of the largest concentrations
of biotechnology and pharmaceutical companies in southern California.

"We've situated ourselves in one of the main hubs of the California
biotech industry precisely so our West Coast licensing associate will
spend as little time in the office as possible," says licensing manager
Paul Radspinner, who oversees the endeavor from WARF's Madison
headquarters.

"First and foremost," he says, "we'll measure our initial success by the
number of face-to-face contacts we make with WARF's industry
customers all along the West Coast."

Licensing associate Matt Bohlman, who holds a degree in biochemistry
and is pursuing an MBA, staffs the San Diego location. Previously,
Bohlman worked at WARF negotiating license agreements with
universities and companies on stem cells and other medically
important cell lines.

Since the office opened in mid-September, Bohlman has started on-
site license negotiations with several California-based companies.
When the time comes to decide the specifics of a license agreement,
WARF's Madison team will conduct the final negotiations and legal
review needed to close the deal.

"That's the model for how this office will operate to generate greater
licensing revenues for WARF and the university," says Radspinner.
"We want to take full advantage of the location by having Matt
constantly meeting with customers and trying to match their needs
with UW-Madison technologies. When it's time for final negotiations,
he'll hand the deals off to our Madison staff, which frees him to get out
and visit more companies."

A private, non-profit institution, WARF patents technology developed by UW-Madison researchers and licenses it to industry for commercialization. WARF then returns much of the royalty revenues to the university to fund further scientific discovery.
###
- Madeline Fisher; mmfisher@warf.ws; 608-265-9861

Version for printing

**Retrieve release by month:** April 🔽 2004 🔽 

Receive news releases by email

University Communications | UW Home
**File last updated:** November 15, 2003
Feedback, questions or accessibility issues: comments@uc.wisc.edu
Copyright © 2004 The Board of Regents of the University of Wisconsin System.

# EXHIBIT C

    The Daily Cardinal Extras: **Career** | **Scholarships** | **Movies** | **Horoscopes** | **Travel** | **SandZone**

# The Daily Cardinal

Search this site

[          ]

**SEARCH**

Advanced

✎ SERVING THE UNIVERSITY OF WISCONSIN-MADISON COMMUNITY SINCE 1892 ✎

Current Issue: Weekend, April 16, 2004



# News

Home > News

## WARF opens new location in San Diego

**Sections**

Home
News
Features
Opinion
Arts
Sports
Comics

**Options**

Submit a letter
Classifieds
Back Issues
Publishing
Policy
Advertising
About
Contact the
staff

**Channels**

National News
World News
Sports News
Crossword
Series

**Links**

*By Paul Medenwaldt*

Published: Tuesday, October 22, 2002

**Article Tools:** [EMAIL] [PRINT]                    [PREV PAGE] Page 1 of 1 [NEXT PAGE]

The Wisconsin Alumni Research Foundation, the organization that patents and licenses all the discoveries resulting from UW-Madison research, recently became the first technology-transfer organization to launch a satellite office with the opening of a West Coast branch.

Paul Radspinner, who manages the new San Diego, office from WARF's headquarters in Madison, said the new office has seen early signs of success.

"We've situated ourselves in one of the main hubs of the California biotech industry precisely so our West Coast licensing associate will spend as little time in the office as possible," Radspinner said.

Matt Bohlman, a WARF licensing associate, is working with companies, universities and industry customers all along the West Coast to find organizations who can fund application-oriented research involving UW-Madison technologies.

"The successes we have from a licensing aspect at WARF are really directly tied to the type of technology and type of research that goes on at UW-Madison," Bohlman said.

The focus of the new branch, which has been operating since mid-September, is to make face-to-face contacts with industry customers.

"That is really why we are out here," Bohlman said.

Direct contact with customers is one reason that many at WARF are enthusiastic about the new branch.

"That is the model for how this office will operate to generate greater licensing revenues for WARF and the university," Radspinner said. "We want to take full advantage of the location by having [Bohlman] constantly meeting with customers and trying to match their needs with UW-Madison technologies."

Radspinner's optimism about generating funds for further research at the university is shared by Andrew Cohn, who does public relations for WARF.

"If it is as successful as we think, it will return money to WARF, which will then be donated to the university to upgrade research programs available to students,"





**TODAY@UW**

**dcaa**

**DAILY CARDINAL
ALUMNI ASSOCIATION**

Cohn said.

Research programs at UW-Madison have already provided more than 1,200 technologies and inventions for Bohlman to present along the West Coast. Everything from biotechnologies to physical science technologies are among WARF's focus in the new San Diego office, Cohn said.

"They are as varied as the mind can imagine," he said.

Article Tools: [EMAIL]  [PRINT]                          [PREV PAGE] Page 1 of 1 [NEXT PAGE]

**Forum:**
No comments have been posted for this story.

Post a comment

Copyright © 2001-2002 The Daily Cardinal Media Corp.

**News**
• La Crosse student found dead in river
• Wiley: UW students approach to USA Patriot Act foolish
• Seller will seek plea agreement to avoid trial
• Hockey player to challenge drunk driving charges
• Housing subcommittee seeks to end lease renewal tensions between landlords, tenants
• News Brief

**Features**
• Mail to the Chief: Dear Dubya...

**Opinion**
• Letters to the Editor

**Arts**
• Kushner play depicts horrors of Kabul
• Art show sheds light on missed medium

**Sports**
• Zacher, Badgers look for home sweep
• Badger Bits

**Comics**
• On Campus
• Death of the Party
• Everyone Drunk But Me
• Solitary Confinement
• Slacker Days
• Flawless Reflections
• Work In Progress
• Crossword puzzle

Privacy Policy      Network Advertising      Article Syndication

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>  04CV0812WQH(LSP) | DATE FILED<br>  04/19/04 | U.S. DISTRICT COURT<br>  United States District Court, Southern District of California | | |
|---|---|---|---|---|
| PLAINTIFF<br><br>Infineon Tech | | DEFENDANT<br><br>Wisconsin Alumni | | |
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | | |
| 1 4,630,094 | 12/16/86 | John D. Wiley | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>  ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENTEE** | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
INFINEON TECHNOLOGIES AG, a German corporation,
INFINEON TECHNOLOGIES NORTH AMERICA CORP., a
Delaware corporation,

**DEFENDANTS**
WISCONSIN ALUMNI RESEARCH FOUNDATION, a Wisconsin
corporation

04 APR 19 PM 4:11

**(b)** County of Residence of First Listed Plaintiff **Munich, Germany**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Madison, Wisconsin
SOUTHERN DIS (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
G. HOPKINS GUY III (State Bar No. 124811)
MELISSA A. FINOCCHIO (State Bar No. 150632)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road, Menlo Park, CA 94025
Telephone: (650) 614-7400

Attorneys (If Known)                              DEPUTY

**'04 CV   0812 WQH  (LSP)**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

| | DEF | | | DEF |
|---|---|---|---|---|
| Citizen of This State ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | **PERSONAL PROPERTY** | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | ☐ 900 Appeal of Fee Determination |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | | Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | **FEDERAL TAX SUITS** | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | or Defendant) | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | Security Act | ☐ 871 IRS—Third Party | |
| | | ☐ 555 Prison Condition | | 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 (specify) Transferred from another district
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Declaratory Judgment of Non-Infringement, Invalidity and Unenforceability of U.S. Patent No. 4,630,094
35 U.S.C. § 271

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $0.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____
DOCKET NUMBER _____

DATE
April 19, 2004

SIGNATURE OF ATTORNEY OF RECORD
G. Hopkins Guy III

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

American LegalNet, Inc.   www.USCourtForms.com

102949   150 00   JS   4/19/04