















JOEH   8/12/04   9:27

3:04-CV-00812   INFINEON TECH AG V. WISCONSIN ALUMNI

*21*

*LTR.*

PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

2004 AUG -2 AM 9: 07

CLERK US DIST COURT
WD OF WI

FILED
AUG 12 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

July 29, 2004

Office of the Clerk
Ms. Theresa Owens Clerk
United States District Court
Post Office Box 432
Madison, WI  53701-0432

Re: **Infineon Tech AG v. Wisconsin Alumni, Case No. 04cv812 WQH (LSP)**

Dear Sir or Madam:

Pursuant  to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____
        J. Hathaway, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF ___8/2/04_____

AND ASSIGNED CASE NUMBER __04-C-394-C__

CLERK, U.S. DISTRICT COURT

By: _____, Deputy

21